Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
JAMES RUTHERFORD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TUSTIN MELK LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 8:20-cv-02202-JLS-ADS <br><br> Hon. Josephine L. Staton <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** <br><br> Complaint Filed: November 17, 2020 <br><br> Trial Date: None Set |

1  The Plaintiff hereby notifies the Court that a global settlement has been
2  reached in the above-captioned case and the Parties would like to avoid any
3  additional expense, and to further the interests of judicial economy.
4  The plaintiff, therefore, applies to this Honorable Court to vacate all currently
5  set dates with the expectation that the Voluntary Dismissal with prejudice, as to all
6  parties, will be filed within 45 days.

Dated: February 3, 2021                                    **MANNING LAW, APC**

                              By:   */s/ Joseph R. Manning, Jr.  Esq.*
                                    Joseph R. Manning, Jr., Esq.
                                    Attorneys for Plaintiff
                                    James Rutherford

NOTICE OF SETTLEMENT